ACCEPTED
05-14-01196-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
10/7/2015 11:09:34 AM
LISA MATZ
CLERK

## NO. 05-14-01196-CR

| | | |
|---|---|---|
| **RAMON M. PEREZ** | § | **IN THE COURT OF APPEALS** |
| **vs.** | § | **FOR THE FIFTH DISTRICT** |
| **THE STATE OF TEXAS** | § | **OF TEXAS AT DALLAS** |

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
10/7/2015 11:09:34 AM
LISA MATZ
Clerk

### STATE'S MOTION TO PRESENT ORAL ARGUMENT

**TO THE HONORABLE JUDGES OF SAID COURT:**

THE STATE OF TEXAS, by and through the Criminal District Attorney of Dallas County, and files this motion pursuant to Tex. R. App. P. 39.1 and requests oral argument. In support of this motion the State shows the following:

Appellant requested oral argument on the front cover of his brief. The State was represented by G. Brian Garrison at the time the State's response to the appellant's brief was filed. Oral argument was waived by the State at that time.

Since the filing of the State's response brief, undersigned counsel was assigned to the above-referenced cause in the place of Mr. Garrison, who is no longer with the District Attorney's Office. Undersigned counsel has reviewed the briefs and record in the above-referenced cause and requests the opportunity to respond to the appellant's oral argument.

1

WHEREFORE, PREMISES CONSIDERED, and pursuant to Tex. R. App. P. 39.1, the State respectfully asks this Court to grant the State's motion and allow the State to participate in oral argument.

Respectfully submitted,

SUSAN HAWK
Criminal District Attorney
Dallas County, Texas

/s/ Rebecca D. Ott
Rebecca D. Ott
Assistant District Attorney
Appellate Division
133 N. Riverfront Boulevard, LB-19
Dallas, Texas 75207-4399
(214) 653-3829
(214) 653-3643 *FAX*
State Bar No. 24074842
rebecca.ott@dallascounty.org

## CERTIFICATE OF SERVICE

I certify that a true copy of this motion has been served on the Hon. Ronald L. Goranson, counsel for Appellant, by utilizing the electronic service function of the Texas courts e-filing system on October 7, 2015.

//s/ Rebecca D. Ott
Rebecca D. Ott